AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

`` DISTRICT OF　　　CALIFORNIA

UNITED STATES OF AMERICA,
　　　　Plaintiff,
　　v.
DIEGO PLASCENCIA-MURILLO,
　　　　Defendant.

**APPEARANCE**

Case Number:　08MJ8465

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

DIEGO PLASCENCIA-MURILLO

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 5/29/2008 | /s/ JOSEPH McMULLEN |
| Date | Signature |
| | Joseph McMullen / Federal Defenders of SD　　246757 |
| | Print Name　　　　　　　　　　　　　　　　　Bar Number |
| | 225 Broadway, Suite 900 |
| | Address |
| | San Diego, CA　92101 |
| | City　　　　　State　　　　　Zip Code |
| | (619) 234-8467　　　(619) 687-2666 |
| | Phone Number　　　　　　　　　　　　Fax Number |

## CERTIFICATE OF SERVICE

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served this day upon:

**U S Attorney CR**
Efile.dkt.gc2@usdoj.gov

Dated: May 29, 2008                                       ____/s/ Joseph McMullen_____
                                                          JOSEPH McMULLEN
                                                          Federal Defenders of San Diego, Inc.
                                                          225 Broadway, Suite 900
                                                          San Diego, CA 92101-5030
                                                          (619) 234-8467  (tel)
                                                          (619) 687-2666  (fax)
                                                          e-mail: Joseph_McMullen@fd.org