KAREN P. HEWITT
United States Attorney
SABRINA L. FEVE
Assistant United States Attorney
California State Bar No. 226590
United States Attorney's Office
880 Front Street, Room 6293
San Diego, California 92101-8893
619 557-7854 (Telephone)/619 235-2757 (Fax)
E-mail: Sabrina.Feve@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR1889-LAB |
| Plaintiff, | ) | |
| | ) | NOTICE OF APPEARANCE |
| v. | ) | |
| DIEGO PLASCENCIA-MURILLO, | ) | |
| Defendant. | ) | |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned case.

I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

The following government attorneys (who are admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel for CM/ECF purposes, and should receive all Notices of Electronic Filings relating to activity in this case:

Name:

None.

//

//

//

1    Effective this date, the following attorneys are no longer associated with this case and should not

2  receive any further Notices of Electronic Filings relating to activity in this case (if the generic "U.S.

3  Attorney CR" is still listed as active in this case in CM/ECF, please terminate this association):

4         Name:

5              None.

6         Please feel free to call me if you have any questions about this notice.

7         DATED: June 26, 2008.

8                                              KAREN P. HEWITT
                                               United States Attorney
9

10                                             s/Sabrina L. Fève_____
11                                             SABRINA L. FEVE
                                               Assistant United States Attorney
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28  Notice of Appearance
    United States v. Plascencia-Murillo                              08CR1889-LAB

                                            2

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR1889-LAB |
| Plaintiff, | ) | |
| | ) | CERTIFICATE OF SERVICE |
| v. | ) | |
| DIEGO PLASCENCIA-MURILLO, | ) | |
| Defendant. | ) | |

IT IS HEREBY CERTIFIED THAT:

I, Sabrina L. Fève, am a citizen of the United States and am at least eighteen years of age.  My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action.  I have caused service of the Notice of Appearance as lead counsel for the United States, dated June 26, 2008, and this Certificate of Service, dated June 26, 2008, on the following party or parties by electronically filing the foregoing with the Clerk of the U.S. District Court for the Southern District of California using its ECF System, which electronically notifies:

Joseph M. McMullen, Attorney for the Defendant.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on June 26, 2008.

s/Sabrina L. Fève
SABRINA L. FÈVE
Assistant U.S. Attorney

Notice of Appearance
United States v. Plascencia-Murillo                                    08CR1889-LAB

3